#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM H. BOCHTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05:17-04038 |
| v. ) | |
| ) | |
| CORY JAMES BERENS and ) | |
| BOHM FARM AND RANCH, INC., ) | |
| A Kansas Corporation, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

NOW ON this 29th day of December, 2017, the above-referenced matter comes before the Court on joint motion for dismissal. Plaintiff appears by and through his attorney of record, Norman R. Kelly, while Defendants appear by and through their attorney of record, William P. Denning.

The Court is advised that the case has been resolved by way of settlement and accordingly, the case is dismissed with prejudice. The parties will bear their own costs.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-referenced cause is dismissed with prejudice. The parties will bear their own costs.

**IT IS SO ORDERED.**

Sam A. Crow
SAM A. CROW
U.S. District Senior Judge

Date: December 29, 2017

Approved by:

/s/ *Norman R. Kelly* (with consent)
Norman R. Kelly,          KS #10639
Norton Wasserman Jones & Kelly, LLC
213 South Santa Fe
P.O. Box 2388
Salina, Kansas 67402-2388
Telephone:    (785) 827-3646
Facsimile:     (785) 827-0538
nrk@nwjklaw.com
***ATTORNEYS FOR PLAINTIFF***


/s/ *William P. Denning*
William P. Denning,          KS #21560
Sanders Warren Russell & Scheer LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Telephone:    (913) 234-6100
Facsimile:     (913) 234-6199
w.denning@swrsllp.com
***ATTORNEYS FOR DEFENDANTS***